# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

BMG MUSIC,
ELEKTRA ENTERTAINMENT GROUP, INC.,
MOTOWN RECORD COMPANY, L.P.,
UMG RECORDINGS, INC.,
ZOMBA RECORDING LLC, and
WARNER BROS. RECORDS, INC.,

        Plaintiff,

       v.                                        Case No.  08-C-359

JULIE MOYA,

        Defendant.

---

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

---

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1.    Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

2.    Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Weak," on album "It's About Time," by artist "SWV" (SR# 146-905);
- "Nobody," on album "Keith Sweat," by artist "Keith Sweat" (SR# 226-496);
- "How You Gonna Act Like That," on album "I Wanna Go There," by artist "Tyrese" (SR# 322-486);
- "The Hardest Thing," on album "98 Degrees & Rising," by artist "98 Degrees" (SR# 237-315);
- "Shake It Off," on album "The Emancipation of Mimi," by artist "Mariah Carey" (SR# 370-795);
- "Climbing The Walls," on album "Never Gone," by artist "Backstreet Boys" (SR# 365-999);
- "Stricken," on album "Ten Thousand Fists," by artist "Disturbed" (SR# 380-289);
- "Love Of My Life," on album "Superhero," by artist "Brian McKnight" (SR# 301-470);
- "The Ghost Of You," on album "Three Cheers for Sweet Revenge," by artist "My Chemical Romance" (SR# 360-197);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto

-2-

any computer hard drive or server without Plaintiffs' authorization and shall destroy

all copies of those downloaded recordings transferred onto any physical medium or

device in Defendant's possession, custody, or control.

Dated at Milwaukee, Wisconsin, this 1st day of July, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Judgment entered this 1st day of July, 2008.

JON W. SANFILIPPO
Clerk of Court

By:    s/ Nancy A. Monzingo
       Deputy Clerk

-3-